**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 1 3 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - CV - 02519 -ᴏᴇˢ

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

CYNTHIA R. PINKEY,

     Plaintiff,

v.

[ NO DEFENDANT NAMED],

     Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a document titled "Appeal/Forma Pauperis and Financial
Affidavit Enclosed to U.S.". The court has determined that the document is deficient as
described in this order. Notwithstanding the deficiencies, the clerk of the court will be
directed to commence a civil action. Plaintiff will be directed to cure the following if she
wishes to pursue her claims. Any papers which the Plaintiff files in response to this
order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing (<u>Account statement submitted
              does not cover the entire 6-month period.</u>)
(4)   __     is missing required financial information
(5)   __     is missing an original signature by the prisoner
(6)   X     is not on proper form (must use the court's current form)

Dockets.Justia.com

(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application

(8)  ___  An original and a copy have not been received by the court. Only an original has been received.

(9)  ___  other _____

**Complaint, Petition or Application:**

(10)  X  is not submitted

(11)  ___  is not on proper form (must use the court's current form)

(12)  ___  is missing an original signature by the prisoner

(13)  ___  is missing page nos. ___

(14)  ___  uses et al. instead of listing all parties in caption

(15)  ___  An original and a copy have not been received by the court. Only an original has been received.

(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)  ___  names in caption do not match names in text

(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___13___ day of ___December___, 2005.

BY THE COURT:


O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    05 - CV - 02519 -05)

Cynthia R. Pinkey
Prisoner No. 89688
DWCF
PO Box 392005
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 12/13/05

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk